IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-434-MJR ) |
| WILLIAM HAMBY, et al. | ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motions for entry of default and default judgment as to defendant Hamby. **(Docs. 33 and 34).** Plaintiff complains that Hamby has not answered or otherwise responded to the complaint, and the Court's order seeking Hamby's address from the Illinois Department of Corrections has gone unanswered.

A review of the Court record reveals that defendant Hamby's address was obtained, but it was not published due to security concerns. Pursuant to Federal Rule of Civil Procedure 4(d), on September 18, 2006, defendant Hamby waived formal service; therefore, his answer or other responsive pleading is due 60 days after receipt of the request for waiver. **(Doc. 32).** The waiver form was served September 18, 2006, thereby making the responsive deadline November 20, 2006 (which includes an additional three days as prescribed by Fed.R.Civ.P. 6(e)).

**IT IS THEREFORE ORDERED** that plaintiff's motions for entry of default and default judgment **(Docs. 33 and 34)** are **DENIED**.

**DATED: October 24, 2006**

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**