IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-434-MJR |
| ) | |
| WILLIAM HAMBY, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court are three related motions filed by plaintiff: two seeking an extension of time to move to amend the complaint **(Docs. 46 and 47)**, and plaintiff's actual motion for leave to file an amended complaint **(Doc. 50)**. A review of the proposed amended complaint reveals plaintiff has specifically identified defendants in each claim, in accordance with U.S. District Judge David R. Herndon's threshold order. **(Doc. 10)**.

**IT IS THEREFORE ORDERED** that the three subject motions **(Docs. 46, 47 and 50)** are all **GRANTED**, in that the Clerk of Court shall file plaintiff's amended complaint instanter. Insofar as plaintiff has listed defendants **Wexford Health Sources, Inc., S. Simpson, and Santos, M.D.**, twice in the caption of the amended complaint, the Clerk of Court need only list those defendants once.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff 17 USM-285 service forms, along with a copy of this Order.

**IT IS FURTHER ORDERED** that on or before April 20, 2007, plaintiff shall complete

and return to the Clerk of Court a USM-285 form for the 17 newly added defendants: **Michael Holmes, Santos, M.D., Linda Runge, A. Brooks, Spence, Proper, R. Kelly, H. Hanks, Gaynor, B. Shelton, Selby, J. Cochrane, T. Yates, Gina Harris, N. Puchett, N. Beaty and Marge Holmes**. Plaintiff is advised that service will not be made on a defendant until plaintiff submits a properly completed USM-285 form for that defendant. Failure to return the completed USM-285 forms by **April 20, 2007,** may result in dismissal of the amended complaint and this action. **No extensions will be granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall prepare Form 1A (Notice of Lawsuit and Request for Waiver of Service of Summons) and Form 1B (Waiver of Service of Summons) for defendants **Michael Holmes, Santos, M.D., Linda Runge, A. Brooks, Spence, Proper, R. Kelly, H. Hanks, Gaynor, B. Shelton, Selby, J. Cochrane, T. Yates, Gina Harris, N. Puchett, N. Beaty and Marge Holmes**. The Clerk shall forward those forms, USM-285 forms submitted by plaintiff, and sufficient copies of the complaint to the United States Marshal for service.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the United States Marshal shall serve process on defendants **Michael Holmes, Santos, M.D., Linda Runge, A. Brooks, Spence, Proper, R. Kelly, H. Hanks, Gaynor, B. Shelton, Selby, J. Cochrane, T. Yates, Gina Harris, N. Puchett, N. Beaty and Marge Holmes** in the manner specified by Rule 4(d)(2) of the Federal Rules of Civil Procedure. Process in this case shall consist of the amended complaint, applicable forms 1A and 1B, and this Order. For purposes of computing the passage of time under Rule 4(d)(2), the Court and all parties will compute time as of the date it is mailed by the Marshal, as noted on the USM-285 form.

With respect to former employees of Illinois Department of Corrections who no longer can be found at the work address provided by plaintiff, the Department of Corrections shall furnish the Marshal with the defendant's last-known address upon issuance of a court order which states that the information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise) and any documentation of the address shall be retained only by the Marshal. Address information obtained from I.D.O.C. pursuant to this order shall not be maintained in the court file, nor disclosed by the Marshal.

The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received. If a waiver of service is not returned by a defendant within **THIRTY (30) DAYS** from the date of mailing the request for waiver, the United States Marshal shall:

- Request that the Clerk prepare a summons for that defendant who has not yet returned a waiver of service; the Clerk shall then prepare such summons as requested.

- Personally serve process and a copy of this Order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

- Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2) unless the defendant shows good cause for such failure.

DATED: April 3, 2007                     s/ Clifford J. Proud
                                         **CLIFFORD J. PROUD**
                                         **U. S. MAGISTRATE JUDGE**