IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PABLO ESTRADA**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. **04-434-MJR** |
| **WILLIAM HAMBY, et al.**, | ) ) ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion for United States District Judge to Preside at Trial." **(Doc. 48).** Upon information and belief that two of the 20 defendants in this action have consented to trial by magistrate judge, plaintiff has apparently assumed that this case has been referred to the undersigned magistrate judge for all further proceedings. Plaintiff stresses that he has not consented to trial by magistrate judge.

Before a case can be transferred to a magistrate judge for all proceedings, including entry of judgment, all parties must consent. **28 U.S.C. § 636(c).** At this juncture that has not occurred.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 48)** is **DENIED AS MOOT**.

DATED: April 4, 2007          s/ Clifford J. Proud
                              **CLIFFORD J. PROUD**
                              **U. S. MAGISTRATE JUDGE**

1