IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PABLO ESTRADA**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. **04-434-MJR** |
| **WILLIAM HAMBY, et al.**, | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to be exempt from the Federal Rules of Civil Procedure and Local Rules, particularly in relation to filing an amended complaint. **(Doc. 49).** Plaintiff notes that he has been denied appointed counsel.

By separate order the Court has granted plaintiff leave to file an amended complaint. The Court always takes plaintiff's pro se status and conditions of imprisonment into consideration and affords him some latitude with respect to procedural requirements. However, the Court cannot completely waive the Federal Rules of Civil Procedure or Local Rules, as that would be unfair to the defendants and against controlling legal precedent.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 49)** is **DENIED.**

**DATED: April 4, 2007**          s/ Clifford J. Proud
                                  **CLIFFORD J. PROUD**
                                  **U. S. MAGISTRATE JUDGE**