IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PABLO ESTRADA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Civil No.  04-434-MJR |
| ) | |
| **WILLIAM HAMBY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**PROUD, Magistrate Judge:**

The U.S. Marshals Service was ordered to effect service of process upon the defendant(s) in the above-captioned case. The Marshals Service has been informed by the Illinois Department of Corrections that defendants **Linda Runge, Gina Harris, Nurse, Marge Holmes, Nurse, Santos, MD, Y. Yates, Nurse** and **N. Beatty, Nurse** are not employed by the Illinois Department of Corrections. Before the Court are Notice and Requests from the U.S. Marshals Service requesting a Court Order for the last known addresses for defendants **Linda Runge, Gina Harris, Nurse, Marge Holmes, Nurse, Santos, MD, Y. Yates, Nurse** and **N. Beatty, Nurse** (Doc. 79). Defendant's addresses will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **August 9, 2007**, Wexford Health Services shall provide the U.S. Marshals Service with the last known address of **Linda Runge, Gina Harris, Nurse, Marge Holmes, Nurse, Santos, MD, Y. Yates, Nurse** and **N. Beatty, Nurse**.

1

The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.  A Notice of Compliance shall be filed with the Court indicating conveyance of information to the Marshals Service.

**IT IS FURTHER ORDERED** that the Marshals Service shall reveal these addresses to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's addresses shall be retained by the Marshals Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Wexford Health Sources, 381 Mansfield Avenue, Pittsburg, PA 15220.

**IT IS SO ORDERED.**

**DATED:** July 9, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**