IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, | ) |
|         Plaintiff, | ) |
| v. | ) No. 04-434-MJR |
| WILLIAM HAMBY, et al. | ) |
|         Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for sanctions against the defendants for their alleged failure to participate in discovery, which the Court construes as a motion to compel the defendants to respond to plaintiff's requests for production. **(Doc. 74).** Plaintiff previously filed a similar motion, apparently based on the same discovery requests. **(Doc. 68).** That motion was denied by separate order. The subject motion does not present any information or argument that alters the Court's previous ruling.

Again, the Court stresses that the defendants are under no obligation to produce documents that are not in their custody or control. *See* **Fed.R.Civ.P. 34.** Plaintiff must keep in mind that the defendants are sued in their individual capacities and, although the defendants are employees of the entities that may have many of the requested documents, the defendants themselves do not have custody or control over those documents.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 74)** is **DENIED**.

**DATED: October 16, 2007**

                                                                         **s/ Clifford J. Proud**
                                                                         **CLIFFORD J. PROUD**
                                                                         **U. S. MAGISTRATE JUDGE**