IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, | ) |
|        Plaintiff, | ) |
| v. | ) No. 04-434-MJR |
| WILLIAM HAMBY, et al. | ) |
|        Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to file a motion without submitting additional copies. **(Doc. 75).**

It is unclear exactly what plaintiff wants to file. A motion may be filed without the submission of copies to the Clerk of Court, now that the defendants who have been served have entered their appearance in the case. Of course, plaintiff must serve the defendants with copies of any such motion by using the mail.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 75)** is **DENIED**.

**DATED: October 16, 2007**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**