IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-434-MJR |
| ) | |
| WILLIAM HAMBY, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for production of all defendants and certain other witnesses for deposition and trial. **(Doc. 78).**

As a preliminary matter, the Court notes that there is no certificate of service attached to the subject motion, as required by Federal Rule of Civil Procedure 5(d). Furthermore, although plaintiff is proceeding as a pauper, 28 U.S.C. § 1915 does not relieve plaintiff of the duty to issue subpoenas and pay witness fees and mileage for depositions and/or trial. Plaintiff must also properly schedule the depositions of the defendants. The presence of the defendants at trial will be addressed at the final pretrial conference.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 78)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 22, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**