IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**PABLO ESTRADA**, )
)
        Plaintiff, )
)
v. ) Civil Case No. **04-434-MJR**
)
**WILLIAM HAMBY, et al.**, )
)
        Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Estrada's motion for reconsideration of multiple orders denying plaintiff miscellaneous relief relative to discovery (Docs. 151-155). **(Doc. 172).** Plaintiff emphasizes his pro se status and the fact that he is in a wheelchair, which make litigation difficult and time-consuming. Plaintiff presents no new information to the Court.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 172)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 29, 2008**

                                                 **s/ Clifford J. Proud**
                                                 **CLIFFORD J. PROUD**
                                                 **U. S. MAGISTRATE JUDGE**