IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-434-MJR |
| ) | |
| WILLIAM HAMBY, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION

This case is certified as being ready for a trial setting. The Clerk is directed to return the file to Judge Michael J. Reagan for further proceedings.

SO ORDERED.

DATED: May 26, 2009

                                                                       S/Clifford J. Proud
                                                                       CLIFFORD J. PROUD
                                                                       United States Magistrate Judge