IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PABLO ESTRADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 04-434-CJP |
| ) | |
| WILLIAM HAMBY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT IN A CIVIL CASE

Defendants **GAIL BROSHEARS, CLEVELAND RAYFORD, R. RANDALL, K. AKARIGHT, G. BROWN, P. WALKER, K. LIVELY, N. PUCKETT, R. ADAMS, DR. KORMAN, LT. MEADOWS, LT. BOWERS, SGT. JENNS, HERMITZ, THOMPSON, DAVID MANN, S.K. GHOSH, MIDWEST ENT CLINIC, SHELTON, K. SCHWARTZ, WATTS, H. COTTON, MAX BUTLER, DIAMOND PHARMACY SERVICES, WYDECK, GEORGE, STANHOUSE, M. HELD, D. OWENS, DEBBIE ISAACS, DR. SHAW, D. ELYEA, MAJOR PHARMACUTICALS, DR. WAHL, DR. WYATT, E. JONES**, and **R. LYNCH** were dismissed on July 7, 2006 by an Order entered by United States District Judge Michael J. Reagan (Doc. 10).

Defendant **R. KELLY** was dismissed on August 19, 2008 by an Order entered by United States District Judge Michael J. Reagan (Doc. 205).

Defendant **WEXFORD HEALTH SOURCES, INC.** was dismissed on March 30, 2009 by

an Order entered by United States District Judge Michael J. Reagan (Doc. 232).

Defendants **WILLIAM HAMBY, LINDA RUNGE, MICHAEL L. HOLMES, N. PUCKETT, GINA HARRIS, P. ROPER, N. BEATY, H. HANKS, A. BROOKS, SELBY, GAYNOR, J. COCHRANE, T. YATES, DR. SANTOS, B. SHELTON, MARGE HOLMES, S. SIMPSON**, and **SPENCE** were dismissed by an Order entered by United States Magistrate Judge Clifford J. Proud on January 26, 2010 (Doc. 260).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **ALL DEFENDANTS** and against plaintiff **PABLO ESTRADA.**

Plaintiff shall take nothing from this action.

**DATED** this 26th day of January, 2010

                                                       **NANCY J. ROSENSTENGEL, CLERK**

                                                       **BY: S/ Angela Vehlewald**
                                                                 **Deputy Clerk**

**Approved by    S/ Clifford J. Proud**
               **United States Magistrate Judge**
                     **Clifford J. Proud**